## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO.: 20-13814-MDC |
|  | ) |  |
| STEPHEN W. MCGANN, | ) |  |
|  | ) |  |
| Debtor | ) | CHAPTER 13 |

**OBJECTION OF CAPITAL ONE AUTO FINANCE,**
**A DIVISION OF CAPITAL ONE, N.A.**
**TO CONFIRMATION OF PROPOSED PLAN**

Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), by and through its attorneys, Mester & Schwartz, P.C., files **Objection to Confirmation of Debtor's Proposed Plan** and states:

1. On September 11, 2017, Debtor Stephen W. McGann, entered into a Retail Installment Sales Contract in the principal amount of $27,894.86 (the "Contract") that referred and related to the purchase of a 2017 HYUNDAI Sonata Sedan 4D SE I4, V.I.N. 5NPE24AF5HH508697 (the "Motor Vehicle").

2. COAF is the assignee of the Contract.

3. To secure the Contract, Debtor Stephen W. McGann granted a first lien on the Motor Vehicle in favor of COAF.

4. On September 23, 2020, Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

5. On September 23, 2020, Debtor filed a Proposed Plan (the "Plan").

6. The Chapter 13 Trustee has scheduled a Meeting of Creditors for November 02, 2020.

7. At the time of the bankruptcy filing, the total amount of the COAF's claim was $19,769.84.

8. The plan lists the amount of the claim at $10,469.00 at 6.50% interest.

9. The fair market value for the Motor Vehicle is $14,975.00. See attached Exhibit C.

10. COAF is entitled to a secured claim of $14,975.00 over the life of the plan.

11. For the foregoing reasons, COAF objects to confirmation of the Plan.

WHEREFORE **Capital One Auto Finance, a division of Capital One, N.A.**, respectfully requests this Honorable Court to deny confirmation of the Plan.

Respectfully submitted,

Mester & Schwartz, P.C.

BY: */s/* Jason Brett Schwartz

Jason Brett Schwartz, Esquire

1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036
Attorney for
Capital One Auto Finance,
a division of Capital One, N.A.

Dated: October 29, 2020