# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )    CHAPTER 13
                                    )
STEPHEN W. MCGANN,                  )
                  Debtor            )    CASE NO.: 20-13814-MDC
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~     )

## PRAECIPE TO WITHDRAW OBJECTION TO PROPOSED
## CHAPTER 13 PLAN AND CONFIRMATION THEREOF

TO THE CLERK:

Kindly withdraw the Objection to Confirmation of Chapter 13 Plan filed by Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), in the above matter.

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Attorney for COAF
1917 Brown Street
Philadelphia, PA 19130
Attorney No.: 92009
(267) 909-9036

Dated: December 9, 2020