**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| Stephen W McGann : | Chapter 13 |
| : | Case No.: 20-13814-MDC |
| Debtor. : | |

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY

**AND NOW,** upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that the debtor is granted permission to sell their real property located at 1609 W Lincoln Hwy, Langhorne, PA 19047 ("Property"), for the sale price of $255,000.00 pursuant to the terms of a certain real estate agreement of sale dated as of November 11, 2023, to the buyer thereunder, John Povemba ("Buyer").

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $_____ |
| 2. | Liens paid at closing- | $ 124,000.00 |
| 3. | Real estate taxes, sewer, trash and/or other such items | $_____ |
| 4. | Property repairs, if any | $_____ |
| 5. | Real estate commission, at no greater than 6% | $ 15,300.00 |
| 6. | Attorney's fees, if any | $_____ |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $_____ |
| 8. | Other - Seller Assist | $_____ |
| 9. | Kenneth E. West – Chapter 13 Trustee | $ 14,375.00 |
| | ESTIMATED AMT DUE TO SELLER(S) | $ 101,325.00 |

      This Order is contingent upon the mortgage lien(s) held by Shellpoint Mortgage Servicing, or its assigns being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff shall be approved by Shellpoint Mortgage Servicing; and Debtor shall have ninety (90) days from entry of this Order to sell the Property.

      **Kenneth West Distribution Explanation:** The 14,375.00 payment to the trustee is the balance due to pay off the Debtor's plan. Any excess funds held by the Trustee after final distribution to creditors shall be returned to the Debtor. In the event that the case is dismissed, either voluntarily or by the Trustee, then all funds not distributed by the Trustee shall be returned to the Debtor.

      Shellpoint Mortgage Servicing (Proof of Claim #7-3) shall file amended proofs of claims upon receiving sale proceeds in satisfaction of their secured claims and interests.

      The Debtor's counsel shall email a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement to settlementsheet@ph13trustee.com, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

      Per Bankruptcy Rule 6004(h), the 14-day stay as to effect of this Order is hereby waived.

Dated:_____

HONORABLE MAGDELINE D COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE